# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### DOCKET NO. 3:07-cv-00025-W

| | |
|---|---|
| AMERICAN TRUTZSCHLER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CHAMLIAN ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's Motion to Transfer Venue (Doc. No. 8) and Defendant's Memorandum in Support of the Motion (Doc. No. 10), both of which were filed on February 21, 2007. Defendant's motion requests the Court to transfer this matter to the United States District Court for the Eastern District of California, where Defendant resides. On March 12, 2007, Plaintiff filed its consent to have this matter transferred to the Eastern District of California. (Doc. No. 11). Pursuant to 28 U.S.C. § 1404(a), for the convenience of the parties and in the interest of justice, the Court GRANTS Defendant's Motion.

IT IS, THEREFORE, ORDERED that Defendant's Motion to Transfer (Doc. No. 8) is hereby GRANTED. This matter shall be transferred to the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Signed: March 19, 2007

Frank D. Whitney
United States District Judge